# United States District Court
# For The Western District of North Carolina
# Asheville Division

NAIROBI MARQUIS BLOW-EL,
Moorish American National, a/k/a  )
King Nairobi Marquis Blow-El, )
a/k/a Nairobi Blow,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                            1:12-cv-47

STATE OF NORTH CAROLINA, et al.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2012 Order.

                                      Signed: May 25, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court